# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
*Main Office 51 E Bethpage Road*
*Plainview, NY 11803*
*Telephone: (516) 741-2585*
*Facsimile: (516) 873-7243*

January 30, 2018

Chambers of the Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza, PO Box 9013
Central Islip, NY 11722

**Re:    Debtor: Lior Cohen**
**Bankruptcy Case No.: 17-75207-reg**
**Chapter: 7**

Dear Judge Grossman:

The loss mitigation status letter is submitted on behalf of U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV, a creditor of the above referenced Debtor.

The debtor has not submitted any documents in support of a possible loss mitigation settlement to our office. We have also confirmed with the client that they have not received documentation either. Therefore, termination of the loss mitigation will be requested at the next status conference scheduled for February 7, 2018.

Should your Honor have any questions, please feel free to contact me. Thank you.

> Very truly yours,
>
> Lisa B. Singer, Esq
> Rosicki, Rosicki and Associates, P.C.

cc:    *Yoram Nachimovsky, Esq.*
       *Allan B. Mendelsohn, Esq.*