| | | |
|---|---|---|
| 9:30 AM | **8-17-75207-reg** | Lior Cohen |
| | Ch 7 | |
| | Trustee: Mendelsohn | |

**Moving:**
**Opposing:**
**Debtor or Plaintiff Attorney:** Yoram Nachimovsky

12

**Matter:** **[31]   ADJ Order directing the Debtor and Creditor NRZ Pass Through Trust IV, US Bank to participate in the Loss Mitigation Program, with respect to property located at 640 Derby Road, Woodmere, NY 11598.   [9] Loss-Mitigation Request.**

**Courtroom Deputy Notes:**

[ ] No Appearance Movant/Pltf         [ ] Granted              [ ] Order Submitted

[ ] No Opposition                     [ ] Denied               [ ] Hearing Held

[ ] No Appearance Either Side         [ ] Marked Off           [ ] Submit Order

[X] Appearance by Movant/Defendant    [ ] Dismissed            [ ] Settle Order

[ ] Submit Order and Judgment         [ ] Withdrawn            [ ] Settled

[ ] Settle Conditional Order          [X] So Ordered           [ ] Court to Issue Order

[X] Loss Mitigation Terminated



Dated: Central Islip, New York          Robert E. Grossman
       March 29, 2018                   United States Bankruptcy Judge